FORM 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____x
                                           :
TRAILSTAR LLC,                             :
                                           :
                    Plaintiff,             :
                                           :      SUMMONS
        v.                                 :
                                           :      Court No. 23-00097
UNITED STATES,                             :
                                           :
                    Defendant.             :
_____x
```

TO:   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ **Mario Toscano**
Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiff in this action is TRAILSTAR LLC. As a U.S. importer of steel wheels that requested a scope ruling, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(a) and was a party to the proceeding that led to the scope determination being challenged. Plaintiff participated in the proceeding through the submission of a scope ruling application and written responses. As such, Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's final scope determination for Steel Wheels for the antidumping and countervailing duty orders on Certain Steel Wheels 12 to 16.5 Inches in Diameter from People Republic of China. *See* Certain Steel Wheels 12 to 16.5 Inches in Diameter from People Republic of China: Asia Wheel's Steel Wheels Processed in Thailand (Asia Wheel) (April 11, 2023).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(vi) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the mailing of the final determination and is timely filed pursuant to 19 U.S.C. § 1516(a)(2)(A)(ii).

3. <u>Effective date of the determination</u>: April 11, 2023.

4. <u>Date of publication in the Federal Register of the contested determination</u>: Not applicable; the contested determination was dated April 11, 2023, and received via Federal Express on April 14, 2023.

Respectfully submitted,

/s/ *Jordan C. Kahn*
Alan R. Klestadt*
Jordan C. Kahn
Kavita Mohan

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP

*599 Lexington Ave FL 36,
New York, NY 10022
(212) 557-4000
-and-
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated:  May 10, 2023

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

 

                                                            The Honorable Mario Toscano
                                                            Clerk of the Court

Date: May __, 2023                                                  By:_____